EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Luis Carbone Rosario | 2007 TSPR 50 <br><br> 170 DPR \_\_\_\_ |

Número del Caso: TS-3177

Fecha: 16 de marzo de 2007

Abogado del Peticionario:

Por Derecho Propio

Oficina del Procurador General:

Lcda. Mariana D. Negrón Vargas
Subprocuradora General

Lcda. Miriam Soto Contreras
Procuradora General Auxiliar

Miembros de la Comisión de Reputación para el Ejercicio de la Abogacía:

Lcdo. Doel Quiñones Núñez
Lcda. Belén Guerrero Calderón
Lcdo. Carlos Víctor Dávila
Dr. Robert Stohlberg
Lcda. Waleska Delgado Marrero
Lcdo. Héctor Saldaña Egozcue

Lcdo. Alcides Oquendo Solís
Procurador Especial de la Comisión

Materia: Reinstalación permanente al ejercicio de la abogacía y la notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

TS-3177

Luis Carbone Rosario

RESOLUCIÓN

San Juan, Puerto Rico, a 16 de marzo de 2007

Visto el cumplimiento del Lcdo. Luis Carbone Rosario con lo ordenado por la Comisión de Reputación para el Ejercicio de la Abogacía en su Resolución del 3 de enero de 2006 y visto a su vez el Informe sobre Cumplimiento con Términos de Reinstalación Condicionada presentado por la Comisión de Reputación para el Ejercicio de la Abogacía el 14 de febrero de 2006, se ordena la reinstalación del referido abogado al ejercicio de la abogacía y de la notaría en la jurisdicción del Estado Libre Asociado de Puerto Rico.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo